

Heckler & Koch MP7A1