



Fabrique Nationale M2 50 Caliber