

Fabrique Nationale M249 SAW