



Fabrique Nationale SCAR 16