

# Village of Addyston Police Department

### Chief Dorian D. LaCourse

235 Main Street Addyston, Ohio 45001

Office: (513) 941-1313 Ext. 11   Fax: (513) 941-2514

www.addystonpolice.org

---

August 4, 2016

DEPARTMENT/AGENCY PURCHASING IMPORTED NFA FIREARMS

Mr. Andrew Clyde
Clyde Armory Inc.
4800 Atlanta Highway
Athens, GA 30606

Dear Mr. Clyde:

This is an order for __(8) MP7A1, 4.6x30mm Submachine Gun #203056-A5__ at the price of __$1784__ each, plus shipping charges, for the __Addyston Police Department__.

The number of sworn full time officers in our department is __8__. These officers are authorized by law to make arrests and carry firearms in the performance of their official duties.

This order is being paid for with funds that our department is authorized to use under law for the acquisition of equipment (*Note: If funds of individual officers are being used to buy departmental firearms for the officers' official use, then add "Including funds from individual officers who may be required to pay in whole or in part for their equipment to carry out their official duties."*). These firearms will be the property of department and are not being acquired for the purpose of resale or transfer, and they will be used to carry out its official responsibilities and duties.

The telephone contact number for this department is (513) 467-3613

*Enclosed is our department purchase order for these firearms.*

Sincerely yours,

*[signature]*

Dorian D. LaCourse
Chief of Police
Addyston Police Department



GOVERNMENT EXHIBIT 6