

# Village of Addyston Police Department

*Chief Dorian D. LaCourse*

235 Main Street Addyston, Ohio 45001-0536

Office: (513) 467-3611  Fax: (513) 941-2514

www.addystonpolice.org

December 15, 2017

Re: Request for demonstration FNH USA

Mr. Johnathan Marcum
4-35-047-01-8K-04785
DBA: Marcum Firearms
18224 Marcum Lane
Laurel, In, 47024

Dear Mr. Marcum:

The Addyston, Ohio Police Department would like a demonstration of the following FN machine guns (2) *FN M249 Saw 5.56MM*, *(2)FN M249 Para 5.56MM*, M2HB QCB 12.7x99, FN M240L 7.62mm, SCAR 16 5.56x45mm Blk 10-in CQC, SCAR 16 5.56x45mm FDE 14-in, SCAR 17 7.62x51mm FDE 16-in, for possible future purchase and use of our officers in the performance of their official duties. The number of sworn full time officers in our department is 10. These officers are authorized by law to make arrests and carry firearms in the performance of their official duties.

The firearms requested for demonstration are particularly suitable for use as a law enforcement weapons. The personnel representing the Addyston Police Department are authorized by law to carry firearms in the performance of their official duties. The personnel representing the Addyston Police Department during the demonstration are authorized to evaluate the firearms.

If there are any questions, please contact our office.

Sincerely yours,

Chief Dorian D. LaCourse

GOVERNMENT EXHIBIT 7
PENGAD-Bayonne, N.J.