UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cr-00342-SEB-MJD |
| | ) | |
| DORIAN LACOURSE, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for June 1, 2022**

On this date, Defendant appeared in person, together with retained counsel Andrew C. Maternowski, and the Government appeared by AUSA James Marshall Warden, AUSA William Lance McCoskey along with investigative agents Steve Tastle and David Wrona, for a sentencing hearing. Kristine Talley appeared on behalf of the United States Probation Office. The hearing was reported by Court Reporter, Laura Howie-Walters.

- The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

- The Government called Special Agent, Steven Tastle.  Government's Exhibits 1-7 were admitted into evidence.

- Sentence was imposed as stated on the record, including:

    Probation:  36 months per counts; to run concurrently
    Fine:  $11,600.00
    Special Assessment: $300.00.

- The Government will move to dismiss Counts 3-7 and Counts 9-171.

- The Defendant was advised of his right to appeal.

- Defendant remains out of custody on the previously ordered conditions of release.

- The Judgment is forthcoming.//
- The proceedings were adjourned.

Distribution:

Andrew C. Maternowski
ATTORNEY AT LAW
nusk@att.net

William Lance McCoskey
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
william.mccoskey@usdoj.gov

Ross G. Thomas
The Law Office of Ross G. Thomas
rossthomas@defenselawyerindiana.com

James Marshall Warden
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
james.warden2@usdoj.gov